## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz<br>Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs<br><div align="center">Debtor(s)</div> | CHAPTER 7<br><br>BKY. NO. 23-11527 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
28 Jun 2023, 15:02:04, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 20b8c96eaa00b0a269517b66ab45882740f13db0b93e2a92dba2a3a37b316020