**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Mushinah Q. Spriggs | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 | Iyeshia Johnson-Spriggs | |
| (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 23-11527 | |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 Chevrolet Suburban LT 105,000 miles** in Debtors' possession; good condition.<br>Line from *Schedule A/B*: **3.1** | $21,098.00 | ☒ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2019 Mercedes-Benz C300 Coupe 60,000 miles** in Debtor's possession; poor condition. Car has body damage. KBB value is for fair condition.<br>Line from *Schedule A/B*: **3.2** | $25,551.00 | ☒ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2019 Mercedes-Benz C300 Coupe 60,000 miles** in Debtor's possession; poor condition. Car has body damage. KBB value is for fair condition.<br>Line from *Schedule A/B*: **3.2** | $25,551.00 | ☒ $13,555.96<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| | | |
|---|---|---|
| **Debtor 1**    **Mushinah Q. Spriggs** | | |
| **Debtor 2**    **Iyeshia Johnson-Spriggs** | Case number (if known) | **23-11527** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Kitchenware and small appliances; table and chairs; living room furniture; beds; dressers; bureaus; nightstands; lamps; misc. household goods & furnishings, linens, bedding, groceries, cleaning supplies; vacuum; clocks; music; movies; misc. lawn & garden e**<br>Line from *Schedule A/B*: **6.1** | $3,400.00 | ■ $3,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Televisions; 1 computer; cell phones in Debtors' possession. Held for Debtors' personal use, no single item of which exceeds $700 in value.**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Books and pictures.**<br>Line from *Schedule A/B*: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Rifle and ammunition.**<br>Line from *Schedule A/B*: **10.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Debtors' clothing.**<br>Line from *Schedule A/B*: **11.1** | $1,100.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2 watches; 1 necklace; earrings; misc. gold & costume jewelry.**<br>Line from *Schedule A/B*: **12.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **1 Dog.**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash.**<br>Line from *Schedule A/B*: **16.1** | $140.00 | ■ $140.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Adv Plus Banking - Acct. #9087: Bank of America Stockerton, PA**<br>Line from *Schedule A/B*: **17.1** | $1,000.67 | ■ $1,000.67<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings - Acct. #5140: Transit Workers' FCU Philadelphia, PA**<br>Line from *Schedule A/B*: **17.2** | $173.49 | ■ $173.49<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Mushinah Q. Spriggs** | | | |
|---|---|---|---|---|
| Debtor 2 | **Iyeshia Johnson-Spriggs** | | Case number (if known) | **23-11527** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking - Acct. #8769: Navy Federal Credit Union**<br>**Willow Grove, PA**<br>Line from *Schedule A/B*: **17.3** | $114.11 | ■ | $114.11<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings - Acct. #5792: Navy Federal Credit Union**<br>**Willow Grove, PA**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ | $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Money Market Savings - Acct. #2227: Navy Federal Credit Union**<br>**Willow Grove, PA**<br>**(ZERO DOLLAR BALANCE)**<br>Line from *Schedule A/B*: **17.5** | $1.00 | ■ | $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Adv Plus Banking - Acct. #6902: Bank of America**<br>**Online Account**<br>**(Account is negative $94.91)**<br>Line from *Schedule A/B*: **17.6** | $1.00 | ■ | $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Adv SafeBalance Banking - Acct. #6400: Bank of America**<br>**Online Account**<br>**(Account is negative $523.27)**<br>Line from *Schedule A/B*: **17.7** | $1.00 | ■ | $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking - Acct. #1024: PenFed Credit Union**<br>**Quakertown, PA**<br>Line from *Schedule A/B*: **17.8** | $435.51 | ■ | $435.51<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings - Acct. #1014: PenFed Credit Union**<br>**Quakertown, PA**<br>Line from *Schedule A/B*: **17.9** | $5.01 | ■ | $5.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Credit Slayerz, LLC**<br>**No assets. No bank accounts.**<br>**100%**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■ | $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Snatched by Rebellious Rose, LLC**<br>**Sports Bras**<br>**No Bank Account**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.2** | $60.00 | ■ | $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Pension: Employer-provided pension - SEPTA**<br>**  - Monthly payments upon retirement**<br>**NOT PROPERTY OF THE ESTATE**<br>Line from *Schedule A/B*: **21.1** | $1.00 | ■ | $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

| Debtor 1 | Mushinah Q. Spriggs | | |
|---|---|---|---|
| Debtor 2 | Iyeshia Johnson-Spriggs | Case number (if known) | **23-11527** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pension: Employer-provided pension - USPS**<br>  **- Monthly payments upon retirement**<br>**NOT PROPERTY OF THE ESTATE**<br>Line from *Schedule A/B*: **21.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Thrift Saving: Employer-sponsored Thrift Savings Plan**<br>**NOT PROPERTY OF THE ESTATE**<br>Line from *Schedule A/B*: **21.3** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Federal: Anticipated Joint 2023 Tax Refund**<br>**Prorated to 5/31/2023**<br>Line from *Schedule A/B*: **28.1** | $2,926.70 | ■ $2,926.70<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Employer-sponsored Term Life Insurance Policy - Met-Life**<br>**NO CASH VALUE**<br>**Beneficiary: Debtor's son**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Transit-Union FCU Term Life Insurance Policy**<br>**NO CASH VALUE**<br>**Beneficiary: Debtor's son**<br>Line from *Schedule A/B*: **31.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Employer-sponsored Term Life Insurance Policy**<br>**NO CASH VALUE**<br>**Beneficiary: Debtors' children**<br>Line from *Schedule A/B*: **31.3** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **Auto Accident Claim (July 2022)**<br>**Attorney: Michael Tobin, Esq.**<br>**Icaza, Burgess & Grossman, P.C.**<br>**1008 Broad Street**<br>**Newark, NJ 07102**<br>**(973) 799-0700**<br>**Estimated net recovery of less than $27,900 according to 04/03/2023 email from Attorney Tobin**<br>Line from *Schedule A/B*: **35.1** | $27,900.00 | ■ $27,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C            Schedule C: The Property You Claim as Exempt            page 4 of 4