# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| MUSHINAH Q. SPRIGGS, | : | |
| a/k/a MU SPRIGGS, | : | CASE NO. 23-11527 |
| a/k/a MUSHINAH QUADRAYYAH SPRIGGS, | : | |
| a/k/a MUSHINAH SPRIGSS, | : | |
| f/d/b/a CREDIT SLAYERZ. and | : | |
| IYESHIA JOHNSON-SPRIGGS, | : | |
| a/k/a IYESHIA LAYTON JOHNSON-SPRIGGS, | : | |
| a/k/a IYESHIA L. JOHNSON, | : | |
| a/k/a IYESHIA LATOYA JOHNSON-SPRIGGS, | : | |
| a/k/a IYESHIA LAYTON JOHNSON, | : | |
| a/k/a IYESHIA SPRIGGS, | : | |
| a/k/a IYESHIA L. JOHNSON-SPRIGGS, | : | |

## AFFIDAVIT OF DEBTOR

We, MUSHINAH Q. SPRIGGS and IYESHIA JOHNSON-SPRIGGS, the Debtors named in the above-captioned case, declare under penalty of perjury that we have read the foregoing Amended Schedule A/B: Property, Amended Schedule C: The Property You Claim as Exempt, and Amended Statement of Financial Affairs (SOFA), and that the statements contained therein are true and correct to the best of our knowledge, information and belief.

Executed on <u>July 10, 2023</u>

<u>/s/ Mushinah Q. Spriggs</u>
MUSHINAH Q. SPRIGGS, Debtor

<u>/s/ Iyeshia Johnson-Spriggs</u>
IYESHIA JOHNSON-SPRIGGS, Co-Debtor