# EXHIBIT B

# VINtek
### THE NATION'S LIEN MACHINE.™

## Lien and Title Information Report
### 2310-Bank of America

| | | | |
|---|---|---|---|
| **Customer** | SPRIGGS, MUSHINAH Q | **VIN** | 1GNSKJKC0FR300536 |
| **Organization ID** | 2310 | **Organization Name** | Bank of America |
| **Lien Start** | 03/16/2022 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

**ALS/ALI**

### Last ELT Transactions

| | |
|---|---|
| Received On | |
| 2022-03-26 02:16:12.0 | Add Record - Perfection of Lien |

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | SPRIGGS, MUSHINAH Q |
| **Address** | 705 WATERWAY CT,QUAKERTOWN PA,18951 |

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | CHEVROLET |
| **Model** | SUBURBAN | **Year** | 2015 |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | ▮ | **Title State** | ▮ |
| **Tag Number** | | **VIN** | 1GNSKJKC0FR300536 |
| **Status** | MATCHED | **Match Date** | 03/28/2022 |
| **Lien Expiration Date** | 03/25/2028 | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | SPRIGGS,MUSHINAH Q | **Lessee** | |
| **Address** | 705 WATERWAY CT,QUAKERTOWN PA,18951 | | |
| **Vehicle Type** | | **Make** | CHEV |
| **Model** | SUB | **Year** | 2015 |
| **Mileage** | 124568 | | |
| **Title State** | PA | **Title Number** | ▮ |
| **Brands** | 68 PA: ACTUAL MILEAGE | | |