# EXHIBIT C

# J.D. POWER

# 2015 Chevrolet Suburban
Utility 4D LT 4WD V8 Values

## Pricing & Values

Prices shown for the used **2015 Chevrolet Suburban Utility 4D LT 4WD V8** with typical miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer.
Edit options.

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition.
See definitions.

| | |
|---|---|
| Base Price | $18,375 |
| Mileage and Options | $0 |
| **Rough Condition** ⓘ | **$18,375** |
| | |
| Base Price | $20,000 |
| Mileage and Options | $0 |
| **Average Condition** ⓘ | **$20,000** |
| | |
| Base Price | $21,350 |
| Mileage and Options | $0 |
| **Clean Condition** ⓘ | **$21,350** |

Looking for values for your business? **J.D. Power Valuation Services** can help.