## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz | CHAPTER 7 |
| Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs<br>Debtor(s) | NO. 23-11527 MDC |
| Bank of America, N.A.<br>Movant<br>vs. | 11 U.S.C. Section 362 |
| Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz | |
| Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs<br>Debtor(s) | |
| Christine C. Shubert<br>Trustee | |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin, Esq., attorney for Movant do hereby certify that I caused true and correct copies of the foregoing Motion of Bank of America, N.A. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on July 14, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a
Mushinah Quadrayyah Spriggs, a/k/a Mushinah
Spriggs, f/d/b/a Credit Slayerz
705 Waterway Court
Quakertown, PA 18951

Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton
Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a
Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia
Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a
Iyeshia L. Johnson-Spriggs
705 Waterway Court
Quakertown, PA 18951

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511
VIA ECF

Trustee
Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226
VIA ECF

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

/s/ Mark A. Cronin
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

Date: July 14, 2023