### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz | CHAPTER 7 |
| Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs  Debtor(s) | NO. 23-11527 MDC |
| | 11 U.S.C. Section 362 |
| Bank of America, N.A.                        Movant     vs. | |
| Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz | |
| Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs   Debtor(s) | |
| Christine C. Shubert                                 Trustee | |

### ORDER

AND NOW, this 9th day of August, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, and lease or otherwise dispose of the  U 2015 CHEVROLET SUBURBAN ("Vehicle") bearing VIN Number  1GNSKJKC0FR300536.

*[signature]*

MAGDELINE D. COLEMAN
Chief Bankruptcy Judge