United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11527-mdc

Mushinah Q. Spriggs  Chapter 7

Iyeshia Johnson-Spriggs

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mushinah Q. Spriggs, Iyeshia Johnson-Spriggs, 705 Waterway Court, Quakertown, PA 18951-5049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| MARK A. CRONIN | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

VINCENT RUBINO

on behalf of Joint Debtor Iyeshia Johnson-Spriggs vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

on behalf of Debtor Mushinah Q. Spriggs vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz<br><br>Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs<br>　　　　Debtor(s)<br><br>Bank of America, N.A.<br>　　　　　　　　　Movant<br>　　vs.<br><br>Mushinah Q. Spriggs a/k/a Mu Spriggs, a/k/a Mushinah Quadrayyah Spriggs, a/k/a Mushinah Spriggs, f/d/b/a Credit Slayerz<br><br>Iyeshia Johnson-Spriggs a/k/a Iyeshia Layton Johnson-Spriggs, a/k/a Iyeshia L. Johnson ,a/k/a Iyeshia Latoya Johnson-Spriggs, a/k/a Iyeshia Layton Johnson, a/k/a Iyeshia Spriggs, a/k/a Iyeshia L. Johnson-Spriggs<br>　　　　Debtor(s)<br><br>Christine C. Shubert<br>　　　　　　　　　Trustee | CHAPTER 7<br><br>NO. 23-11527 MDC<br><br>11 U.S.C. Section 362 |

**ORDER**

　　AND NOW, this  9th  day of  August  , 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, and lease or otherwise dispose of the  U 2015 CHEVROLET SUBURBAN ("Vehicle") bearing VIN Number  1GNSKJKC0FR300536.

　　　　　　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge