United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11527-mdc |
| Mushinah Q. Spriggs | Chapter 7 |
| Iyeshia Johnson-Spriggs | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mushinah Q. Spriggs, Iyeshia Johnson-Spriggs, 705 Waterway Court, Quakertown, PA 18951-5049 |
| 14784987 | + | Brigit/Coastal Communi, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 14785009 | ++ | FINANCIAL INSTITUTION LENDING OPTIONS, 550 BAY VIEW RD STE A, PO BOX 750, MUKWONAGO WI 53149-0750 address filed with court:, SST, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 14784993 | + | FinWise Bank, c/o Liberty Lending, LLC, 180 Maiden Lane, 28th Floor, New York, NY 10038-4946 |
| 14784994 | + | Gemini Web Bank, 315 Park Ave S Fl a6, New York, NY 10010-3607 |
| 14787270 | | Transit Workers Federal Credit Union, 919 E Cayuga Street, Philadelphia, PA 19124-3817 |
| 14785012 | + | Transit Workers Federal Credit Union, 919 East Cayuga Street, Philadelphia, PA 19124-3817 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14784981 | + | Email/Text: broman@amhfcu.org | Sep 15 2023 23:36:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14784982 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 15 2023 23:36:00 | Apple Card - GS Bank USA, Goldman Sachs Bank, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-6112 |
| 14784986 | + | Email/Text: bankruptcy@bmgmoney.com | Sep 15 2023 23:37:00 | BMG Money, 444 Brickell Avenue, Suite 1170, Miami, FL 33131-2404 |
| 14784984 | | EDI: BANKAMER.COM | Sep 16 2023 03:35:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14784983 | + | EDI: BANKAMER.COM | Sep 16 2023 03:35:00 | Bank of America, PO Box 45144, Jacksonville, FL 32232-5144 |
| 14784985 | | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 15 2023 23:41:16 | Best Egg, 4315 Pickett Road, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 14784988 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 15 2023 23:36:00 | Caine & Weiner, 5805 Sepulveda Blvd 4th Fl, Sherman Oaks, CA 91411 |
| 14784989 | + | EDI: CAPITALONE.COM | Sep 16 2023 03:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14784990 | + | EDI: CITICORP.COM | Sep 16 2023 03:35:00 | Citicards/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14784991 | + | EDI: DISCOVER.COM | Sep 16 2023 03:35:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14784995 | | EDI: IRS.COM | | |

Case 23-11527-mdc    Doc 33    Filed 09/17/23    Entered 09/18/23 00:31:04    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 318 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 16 2023 03:35:00 | IRS, Centralized Insolvency Op, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784996 | | EDI: JPMORGANCHASE | Sep 16 2023 03:35:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 14784997 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 23:41:21 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14785007 | | Email/Text: cscommunications@mrvbanks.com | Sep 15 2023 23:36:00 | Revvi/MRV Banks/VT, 871 Ste Genevieve Dr, Sainte Genevieve, MO 63670 |
| 14784998 | ^ | MEBN | Sep 15 2023 23:32:45 | Mariner Finance, PO Box 44490, Nottingham, MD 21236-6490 |
| 14784999 | + | EDI: NFCU.COM | Sep 16 2023 03:36:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14785000 | + | EDI: NFCU.COM | Sep 16 2023 03:36:00 | Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180-4907 |
| 14785001 | | Email/Text: bnc@nordstrom.com | Sep 15 2023 23:36:17 | Nordstrom, PO Box 6566, Englewood, CO 80155-6566 |
| 14785002 | + | Email/Text: bnc@nordstrom.com | Sep 15 2023 23:36:28 | Nordstrom/TD Bank USA, 13531 E Caley Avenue, Englewood, CO 80111-6504 |
| 14785003 | + | EDI: AGFINANCE.COM | Sep 16 2023 03:35:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14785004 | + | EDI: AGFINANCE.COM | Sep 16 2023 03:35:00 | One Main Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14785006 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2023 23:36:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14785005 | + | Email/Text: bkrgeneric@penfed.org | Sep 15 2023 23:36:00 | PenFed Credit Union, Box 1432, Alexandria, VA 22313-1432 |
| 14785508 | | EDI: PENNDEPTREV | Sep 16 2023 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14785508 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14785008 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 15 2023 23:41:28 | Sofi, 2750 E. Cottonwood Pkwy., Salt Lake City, UT 84121-7285 |
| 14785010 | | EDI: RMSC.COM | Sep 16 2023 03:35:00 | Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14785011 | + | EDI: TCISOLUTIONS.COM | Sep 16 2023 03:36:00 | Total Visa/TBOM/VT, 10182 Telesis St. Ste 300, San Diego, CA 92121-4777 |
| 14785013 | + | EDI: WFFC2 | Sep 16 2023 03:35:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14784992 | *+ | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: 318 | Total Noticed: 36 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2023         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| MARK A. CRONIN | on behalf of Creditor Bank of America  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Joint Debtor Iyeshia Johnson-Spriggs vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |
| VINCENT RUBINO | on behalf of Debtor Mushinah Q. Spriggs vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mushinah Q. Spriggs<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0741<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Iyeshia Johnson–Spriggs<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7889<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   23–11527–mdc

# Order of Discharge         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mushinah Q. Spriggs
aka Mu Spriggs, aka Mushinah Quadrayyah Spriggs, aka Mushinah Spriggs, fdba Credit Slayerz

Iyeshia Johnson–Spriggs
aka Iyeshia L. Johnson, aka Iyeshia Layton Johnson–Spriggs, aka Iyeshia Latoya Johnson–Spriggs, aka Iyeshia L. Johnson–Spriggs, aka Iyeshia Layton Johnson, aka Iyeshia Spriggs

9/14/23

**By the court:**   Magdeline D. Coleman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**