Mu Spriggs

705 Waterway Court

Quakertown P.a. 18951

To whom it may concern;

I filed bankrupcy and my bankrupcy is on my credit report so I am writing because the credit bureau Said they verified that this bankrupcy was accurate through your Bankrupcy department and I want some confirmation that the US BANKRUPCY COURT.

THANKS



DEC 4 2023
TIMOTHY McGRATH, CLERK