*Form 235* (3/23)–doc 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Mushinah Q. Spriggs ) | Case No. 23–11527–mdc |
|    aka Mu Spriggs ) | |
|    aka Mushinah Quadrayyah Spriggs ) | |
|    aka Mushinah Spriggs ) | Chapter: 7 |
|    fdba Credit Slayerz ) | |
| ) | |
| Iyeshia Johnson–Spriggs | |
| aka Iyeshia L. Johnson | |
| aka Iyeshia Layton Johnson–Spriggs | |
| aka Iyeshia Latoya Johnson–Spriggs | |
| aka Iyeshia L. Johnson–Spriggs | |
| aka Iyeshia Layton Johnson | |
| aka Iyeshia Spriggs | |
|  Debtor(s). | |

## Notice to debtor(s) in re: credit reporting

     In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

     The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

     For more information, please visit the following webpage:
      (https://www.paeb.uscourts.gov/credit–reporting–and–court–records)

Date: December 4, 2023　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court