United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11527-mdc
Mushinah Q. Spriggs Chapter 7
Iyeshia Johnson-Spriggs
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 04, 2023 | Form ID: 235 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mushinah Q. Spriggs, Iyeshia Johnson-Spriggs, 705 Waterway Court, Quakertown, PA 18951-5049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com 229ecf@glpoc.comcastbiz.net |
| MARK A. CRONIN | on behalf of Creditor Bank of America N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 235 | Total Noticed: 1 |

on behalf of Joint Debtor Iyeshia Johnson-Spriggs vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

VINCENT RUBINO

on behalf of Debtor Mushinah Q. Spriggs vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 7

*Form 235* (3/23)–doc 34

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Mushinah Q. Spriggs | ) | Case No. 23−11527−mdc |
|    aka Mu Spriggs | ) | |
|    aka Mushinah Quadrayyah Spriggs | ) | |
|    aka Mushinah Spriggs | ) | Chapter: 7 |
|    fdba Credit Slayerz | ) | |
| | ) | |
|    Iyeshia Johnson−Spriggs | | |
|    aka Iyeshia L. Johnson | | |
|    aka Iyeshia Layton Johnson−Spriggs | | |
|    aka Iyeshia Latoya Johnson−Spriggs | | |
|    aka Iyeshia L. Johnson−Spriggs | | |
|    aka Iyeshia Layton Johnson | | |
|    aka Iyeshia Spriggs | | |
|   Debtor(s). | | |

### Notice to debtor(s) in re: credit reporting

    In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

    The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

    For more information, please visit the following webpage:
 (https://www.paeb.uscourts.gov/credit−reporting−and−court−records)

Date: December 4, 2023                                                                     For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court